CRIMINAL CASE COVER SHEET     U.S. ATTORNEY'S OFFICE

Defendant Name: **ROCKELE BRYANT**

Place of Offense (City & County): Knoxville & Knox

Juvenile: Yes ___ No _X_    Matter to be Sealed: Yes ___ No _X_

Interpreter: No _X_ Yes ___ Language: ___

Total # of Counts: ___ Petty ___ Misdemeanor (Class ___) _1_ Felony

| | **ORIGINAL INDICTMENT**<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | **21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)** – Conspiracy to distribute and possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II controlled substance | 1 |

(Use tab key after entering counts to create additional rows)

| | **SUPERSEDING INDICTMENT**<br>U.S.C. Citation(s) and Description of Offense Charged | New count?<br>Y or N | New Count # | Old Count #<br>(if applicable) |
|---|---|---|---|---|
| Set 1 | | | | |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set): ___ before Judge ___

Criminal Complaint Filed: No ___ Yes _X_ Case No. _3:19-MJ-1064_

Defendant on Supervised Release: Yes ___ No _X_

Violation Warrant Issued? No _X_ Yes ___ Case No. ___

Related Case(s):

___
Case Number    Defendant's attorney    How related

___
Case Number    Defendant's attorney    How related

**Criminal Informations:**

Pending criminal case: No ___ Yes ___ Case No. ___

New Separate Case ___ Supersedes Pending Case ___

Name of defendant's attorney: ___

Retained: ___ Appointed: ___

Date: **May 7, 2019**    Signature of AUSA: _[signature]_