UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CRIMINAL MINUTES

**Case No.:** 3:19-CR-75     **At:** Knoxville, TN     **Date:** May 17, 2019

**Style:** United States of America     vs.     Rockele Bryant

**Present Before**: Honorable Debra C. Poplin, United States Magistrate Judge

| Rachel Stone | DCR | Loretta Smith |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Probation Officer** |

| Cynthia Davidson | Donny Young |
|---|---|
| **Attorney for Govt** | **Atty for Defendant** |

**Others Present:** USMS, CSO

**Proceedings:** Arraignment Hearing on Indictment. The defendant was advised of rights and the charges alleged in the indictment. The defendant entered a plea of not guilty to the alleged charges. A detention hearing was scheduled before the Court today, but counsel for the defendant advised that they would be waiving the right to a detention hearing today, while reserving the right to have a hearing at a later date. The defendant waived and was remanded to custody. The Court also set the following schedule:

**Pretrial Conference:** June 25, 2019 at 11:00 a.m. before U.S. Magistrate Judge Debra C. Poplin
**Jury Trial:** July 16, 2019 at 9:00 a.m. before Chief U.S. District Judge Pamela L. Reeves
**Discovery DDL:** May 15, 2019
**Motion Cut-Off:** June 5, 2019
**Response DDL:** June 19, 2019
**Reciprocal Discovery/Plea DDL:** June 25, 2019

[] Defendant released on conditions     [X] Defendant remanded to custody of Marshal

**Time:** 2:30  to   2:45

I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. KnoxDCR_3-19-cr-75_20190517_142637.dcr