UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA )
)
)
) 3:19-CR-75
)
)
)
ROCKELE BRYANT )

## WAIVER OF DETENTION HEARING

I acknowledge that the Magistrate Judge has informed me of my right to a detention hearing, pursuant to the provisions of Title 18, United States Code, Section 3142, and that I understand that right.

_____ I HEREBY WAIVE my right to a detention hearing.

_____ I HEREBY WAIVE my right to a detention hearing in this district, and reserve the right to move for a detention hearing in the district where the charges originate.

__x__ I HEREBY WAIVE my right to a detention hearing at this time, and reserve the right to move for detention hearing at a later date.

_____RKBryant_____  5/17/19
DEFENDANT  Date

_____
COUNSEL FOR DEFENDANT or Deputy Clerk

Case 3:19-cr-00075-PLR-DCP   Document 47   Filed 05/17/19   Page 1 of 1   PageID #: 122