IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|     Plaintiff    ) | |
| ) | No. 3:19-CR-75-5 (PLR) |
| vs.    ) | |
| ) | Judge Reeves |
| ROCKELE BRYANT    ) | |
|     Defendant    ) | |

## APPEARANCE OF COUNSEL

To: The clerk of the court and all parties of record.

I am admitted and otherwise authorized to practice in this court, and I appear in this case as counsel for Rockele Bryant.

    Respectfully submitted, this the 22nd day of May, 2019.

    s/Jimmy G. Carter, Jr.
    Jimmy G. Carter, Jr., BPR#032026
    Breeding Henry Baysan PC
    900 South Gay Street, Suite 1950
    Knoxville TN 37902
    (865) 670-8535
    jcarter@bhblegal.com

## **CERTIFICATE OF SERVICE**

I certify that the forgoing document was electronically filed on May 22, 2019. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

    s/Jimmy G. Carter, Jr.

1