# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    **Plaintiff** )<br>                          )<br>**vs.** )<br>                          )<br>**ROCKELE BRYANT** )<br>    **Defendant** ) | **No. 3:19-CR-75-5 (PLR)**<br><br>**Judge Reeves** |

## MOTION FOR SUBSTITUTION OF COUNSEL

Now comes Defendant, by and counsel, and submits a Motion for Substitution of Counsel and would submit that Attorney Bradley L. Henry, has filed a Notice of Appearance of counsel on May 22, 2019, [Doc 50], and that he be substituted as counsel of record for Defendant Rockele Bryant, in the place of Donny M. Young, Donny M Young, Atty at Law, PO Box 30993, Knoxville TN 37930, current CJA counsel for the Defendant, and further submit that Donny M. Young be relieved from representation and any future obligations in this cause.

Respectfully submitted, this the 24th day of May, 2019.

                                                                  s/Bradley L. Henry
                                                                   Bradley L, Henry, BPR#025447
                                                                   Breeding Henry Baysan PC
                                                                   900 south Gay Street, Suite 1950
                                                                   Knoxville TN 37902
                                                                   (865) 670-8535
                                                                   bhenry@bhblegal.com

## **CERTIFICATE OF SERVICE**

I certify that the forgoing document was electronically filed on May 24, 2019. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                                                   s/Bradley L. Henry