UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:19-CR-75-PLR-DCP |
| | ) | |
| ROCKELE BRYANT, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C.§ 636(b) for disposition or report and recommendation regarding disposition by the District Judge as may be appropriate. This case is before the Court on the Motion for Substitution of Counsel [Doc. 53], filed by Attorney Bradley L. Henry on May 24, 2019. Mr. Henry states that he filed a Notice of Appearance [Doc. 50] in this case on May 22, 2019. He asks to be substituted as Defendant Bryant's counsel of record and that current court-appointed counsel, Attorney Donny M. Young, be relieved of his representation of Defendant Bryant.

Defendant Bryant first appeared on a criminal complaint on May 1, 2019. At that time, the undersigned reviewed the Defendant's right to counsel and the Defendant stated that she wanted the Court to appoint counsel for her. The Court determined that Defendant Bryant qualified for court-appointed counsel and appointed [Doc. 28] Mr. Young pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. On May 17, 2019, Mr. Young represented Defendant Bryant at her initial appearance and arraignment on an Indictment.

On May 22, 2019, Mr. Henry and Attorney James G. Carter, Jr., both of Breeding, Henry, Baysan PC, filed Notices of Appearance [Docs. 50 & 51] in this case. Neither the instant

Motion for Substitution, nor either Notice of Appearance, state that Defendant Bryant or her family have retained Mr. Henry or Mr. Carter to represent Defendant Bryant, and no Agreed Order to Substitute signed by Defendant's current counsel of record has been submitted. Accordingly, Mr. Henry is **DIRECTED** to supplement the Motion for Substitution of Counsel with either his affidavit or the affidavit of Defendant Bryant, stating whether Defendant Bryant has retained him in this case or to submit an appropriate Agreed Order to Substitute Counsel

    **IT IS SO ORDERED.**

                ENTER:

                Debra C. Poplin
                United States Magistrate Judge