# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     **Plaintiff** <br><br> vs. <br><br> **ROCKELE BRYANT** <br>     **Defendant** | ) <br> ) <br> )   No. 3:19-CR-75-5 (PLR) <br> ) <br> )   (Reeves/Poplin) <br> ) <br> ) <br> ) |

## AFFIRMATION OF BRADLEY L. HENRY

STATE OF TENNESSEE  )
COUNTY OF KNOX      )

     Bradley L. Henry, Esq., pursuant to 28 U.S.C. §1746, hereby affirms under penalty of perjury:

     1.     My name is Bradley L. Henry, I am over the age of eighteen (18) and am competent to make this Affirmation.

     2.     I am an attorney licensed to practice in the United States District Court for the Eastern District of Tennessee and I am in good standing with the Tennessee Bar.

     3.     I am an attorney at Breeding Henry Baysan PC ("BHB").

     4.     I have been retained as counsel for Rockele Bryant, in *U.S. v Fitts*, *et.al.,* 3:19-cr-75.

     5.     I have entered my Notice of Appearance and provide this Affidavit as supplement to [53] Motion for Substitution of Counsel pursuant to the Court's Order (Doc. 57).

Executed on June 4, 2019.

                                                               Respectfully submitted,

                                                               BREEDING & HENRY LLC

                                                                 s/Bradley L. Henry
                                                                  Bradley L, Henry, BPR#025447
                                                                Breeding Henry Baysan PC
                                                                900 S. Gay St., Ste 1950
                                                               Knoxville, TN 37902
                                                               (865) 670-8535
                                                               bhenry@bhblegal.com